No. 540. EASTERN AIR LINES, INC. *v.* SCOTT, ADMINISTRATOR. C. A. 3d Cir. Certiorari denied. *J. Grant McCabe III* and *John J. Martin* for petitioner. *John R. McConnell* for respondent. ▮

No. 541. LeLAURIN *v.* FROST NATIONAL BANK, TRUSTEE, ET AL. C. A. 5th Cir. Certiorari denied. *Edward V. Dylla* for petitioner. *C. Stanley Banks, Jr.,* for respondents. ▮

No. 545. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Norman J. Gundlach* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Sidney M. Glazer* for the United States. ▮

No. 547. RAMANTANIN *v.* DEPARTMENT OF PERSONNEL OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied. *J. Lee Rankin* and *Stanley Buchsbaum* for respondent.

No. 549. SENCHAL ET AL. *v.* CARROLL, TRUSTEE. C. A. 10th Cir. Certiorari denied. *Harvey L. Davis* for petitioners. *Harry L. Dyer* for respondent. ▮

No. 551. CORN PRODUCTS CO. *v.* BAXTER LABORATORIES, INC. C. A. 7th Cir. Certiorari denied. *John A. Dienner* and *Richard R. Wolfe* for petitioner. *Edward A. Haight* for respondent. ▮

No. 560. ARNOLD CONSTABLE CORP. *v.* EUDOWOOD SHOPPING CENTER, INC. Ct. App. Md. Certiorari denied. *Norman P. Ramsey* for petitioner. *Robert L. Sullivan, Jr.,* for respondent.